UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

STEPHEN WHALEN )
Plaintiff )
)
v. )
)
BRIAN SWEET )
Defendant )

# NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Brian Sweet gives Notice of Removal to this Court of an action brought against him in the Massachusetts Superior Court of Essex County. In support thereof, Defendant Sweet states the following:

1. Removing party is a Defendant in the above-entitled action.
2. On or about January 3, 2008, the Plaintiff commenced this action in the Essex Superior Court of the Commonwealth of Massachusetts. A copy of the Complaint of Civil Action No. ESCV2008-32A is attached as Exhibit A.
3. On or about January 8, 2008, a copy of the Complaint was left at the last and usual place of business of Defendant Sweet. A copy of his summons is attached as Exhibit B.
4. No responsive pleadings have been filed in state court by Defendant Sweet.
5. This notice is filed in this Court within thirty (30) days after Defendant Sweet's receipt of the Complaint served by Plaintiff.

6. The above-entitled action is a civil rights action for damages to redress the alleged deprivation of Plaintiff's constitutional rights pursuant to 42 U.S.C. § 1983, in addition to various state law claims.

7. This Court has original jurisdiction in the above-entitled action pursuant to 28 U.S.C. § 1331, and the action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441.

8. Notice of Removal will be given to all counsel promptly after filing this notice, and a true and accurate copy of this notice will be filed with the clerk of the Superior Court for Middlesex County, Massachusetts.

9. Pursuant to Local Rule 81.1, certified or attested copies of all records, proceedings, and docket entries in the state court will be filed in this Court within 30 days.

WHEREFORE, Defendant Sweet gives notice of the removal of all claims against him from the Superior Court of Essex County, Massachusetts to this Court.

Respectfully submitted
For Defendant Brian Sweet,
By his attorney,

RAFANELLI & KITTREDGE, P.C.

Joseph P. Kittredge, BBO #548841
One Keefe Road
Acton, MA 01702-5517
978-369-6001

CERTIFICATE OF SERVICE

I hereby certify that I have served a true copy of the foregoing document upon each other attorney of record by mailing first class postage pre-paid.

Dated: 1-31-08

Joseph P. Kittredge